NUMBER 13-00-622-CV



COURT OF APPEALS



THIRTEENTH DISTRICT OF TEXAS



CORPUS CHRISTI


____________________________________________________________________


HILARIO RINCONES
, Appellant,


v.



ALAMO BANK OF TEXAS
, Appellee.

____________________________________________________________________


On appeal from the County Court at Law No. 4 


of Hidalgo County, Texas.


____________________________________________________________________


O P I N I O N


 

Before Justices Dorsey, Rodriguez, and Castillo


Opinion Per Curiam


 Appellant, HILARIO RINCONES, perfected an appeal from a
judgment entered by the County Court at Law No. 4 of Hidalgo County,
Texas, in cause number CL-32,507-D. After the record was received,
appellant filed a motion to dismiss the appeal. In the motion, appellant
states that this case has been resolved and appellant no longer wishes
to prosecute this appeal. Appellant requests that this Court dismiss the
appeal.

 The Court, having considered the documents on file and
appellant's motion to dismiss the appeal, is of the opinion that the
motion should be granted. Appellant's motion to dismiss is granted,
and the appeal is hereby DISMISSED.

 PER CURIAM

Do not publish.

Tex. R. App. P. 47.3.

Opinion delivered and filed this

the 15th day of February, 2001.